

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00155-CV

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-314048-19) |
| V. | § | March 17, 2022 |
| JOSE S. RODRIGUEZ, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is reversed in part and affirmed in part. We reverse the trial court's judgment on Appellant Wells Fargo Bank, N.A's breach-of-contract and attorney's-fee claims, render judgment for Wells Fargo Bank, N.A. on its breach-of-contract claim for $6,047.85, and remand the issue of Wells Fargo Bank, N.A.'s attorney's fees to the trial court. We affirm the rest of the trial court's judgment.

We further order that Appellee Jose S. Rodriguez must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Elizabeth Kerr
      Justice Elizabeth Kerr